Samuel P. Smurr, defendant in error, v. John F. Kamen et al., plaintiffs in error. Gen. No. 25,064.

Error to the Circuit Court of Cook county; the Hon. Charles M. Walker, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed and remanded with directions for reasons stated in Nos. 25,062 and 25,063, *ante*. Opinion filed October 13, 1920.

Albert O. Olson and Ellis S. Chesbrough, for plaintiffs in error; Morton T. Culver, of counsel. Orville W. Lee and M. Marso, for defendant in error.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Glennie E. Murphy, appellee, v. Old Colony Life Insurance Company, appellant. Gen. No. 25,303.

Action on a life insurance policy. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed ·October 13, 1920. *Certiorari* denied by Supreme Court (making opinion final).

William McKinley, for appellant. Haight, Adcock, Haight & Harris, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Gordon Ramsay, administrator of estate of Adam Kleveczka, deceased, appellee, v. Old Colony Life Insurance Company, appellant. Gen. No. 25,353.

Action on a life insurance policy. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Jesse A. .Baldwin, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed October 13, 1920.

William McKinley, L. A. Stebbins and Paul E. Price, for appellant. John Cochinsky and Marshall Amberg, for appellee; W. Arnold Amberg, George W. Thoma and August R. Marx, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Louis C. Rollo and Charles M. Rogers, surviving partners of Rogers & Rollo, appellants, v. August W. Miller, appellee. Gen. No. 25,392.

Action on an accommodation note. Judgment for defendant. Appeal from the Superior Court of Cook county; the Hon. William Fenimore Cooper, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed and judgment here for $762.50, with finding of facts. Opinion filed October 13, 1920.

G. A. Buresh, for appellants. Alexander J. Innes and Fred B. Silsbee, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.